# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3261
LT Case No. 59-2020-CA-2615

_____

SECURITY FIRST INSURANCE
COMPANY d/b/a SECURITY FIRST
FLORIDA,

   Appellant/Cross-Appellee,

   v.

WILLIAM RODRIGUEZ AND
ADELAIDA T. RODRIGUEZ,

   Appellees/Cross-Appellants.

_____

Nonfinal appeal from the Circuit Court for Seminole County.
Susan Weindorf Stacy, Judge.

Mark D. Tinker and Brandon J. Tyler, of Cole, Scott & Kissane,
P.A., Tampa, for Appellant/Cross-Appellee.

Mark A. Nation, of The Nation Law Firm, LLP, Longwood, for
Appellees/Cross-Appellants.

May 21, 2026

PER CURIAM.

   AFFIRMED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____